UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Miguel Burgos,

                            Plaintiff,

          -against-

JAJ Contract Furniture Inc., Jamone Council,

                          Defendants.

----------------------------------------------------------------X

7:23-CV-3739 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

      The Court is in receipt of the parties' joint status letter, dated November 6, 2023. (ECF No. 23). The parties are directed to file another joint letter by no later than **January 31, 2024**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
                November 6, 2023

                                                   _____
                                                   VICTORIA REZNIK
                                                   United States Magistrate Judge