UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Burgos.,

                              Plaintiffs,

        -against-

JAJ Contract Furniture, Inc., et al.,

                            Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-03739-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled **March 7, 2024 at 11:30 AM**.

The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 141518866 and then # to enter the conference

      SO ORDERED.

DATED:    White Plains, New York
               February 1, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge